# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@mnat.com

Original Filing Date:  June 9, 2016
Redacted Filing Date:  June 16, 2016

The Honorable Richard G. Andrews
The United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

REDACTED -- PUBLIC VERSION

      Re:    *TQ Delta, LLC v. Comcast Cable Communications LLC, et al.*,
              C.A. Nos. 15-611; 15-612; 15-613; 15-614; 15-615; 15-616 (RGA)

Dear Judge Andrews:

      The Court scheduled a discovery hearing for June 13 at 9:00 a.m. to follow-up on any remaining issues that were originally addressed at the May 2, 2016 discovery hearing.  There is one issue that Defendants wish to raise, relating to redactions.

      At the May 2, 2016 hearing, the Court addressed, and deferred ruling on, TQ Delta's foundational documents, which are attached hereto as Exs. 1 (TQDM_8187-210) and 2 (TQDM_008542-43).  The Court reserved its ruling on whether the redactions were appropriate, and indicated "[p]roduce a redacted version.  And plaintiffs, when we meet on June . . . 13th.  If you haven't heard from something from me before then, remind me in the letter that you send in that I owe you an actual decision on this, okay?"  Ex. 3 at 43:13-22.

      During the hearing, TQ Delta represented that only the numbers for amounts invested in the business, as well as the identity of investors, would be redacted.  *Id.* at 38:20-25.  Upon reviewing the documents, it is clear that TQ Delta has redacted far more than it represented.  As seen in Exhibit 1, TQ Delta has redacted:



The Honorable Richard G. Andrews
June 9, 2016
Page 2

      All of the redacted information, however, is directly relevant to the value of the patents-in-suit, either providing grounds for follow-up discovery or material for an expert report on damages. Put simply, TQ Delta's whole worth is the portfolio of patents and patent applications it acquired from Aware. That means the perceived and agreed-upon value of TQ Delta to its members—as reflected in the redacted material—directly relates to the value of the patents-in-suit. Yet that is exactly what TQ Delta redacted. There is no basis for TQ Delta to redact this material, and Defendants continue to request that this information be produced.

                                                                      Respectfully,

                                                                         /s/ *Jennifer Ying*

                                                                         Jennifer Ying (#5550)

JY:pab
Attachment

cc:     Clerk of Court (by hand; w/attachment)
          All Counsel of Record (by e-mail; w/attachment)