# FARNAN LLP

September 21, 2016

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

RE:  **TQ Delta, LLC v. Comcast Cable Communications LLC
(C.A. 15-cv-611-RGA-MPT)
TQ Delta, LLC v. CoxCom LLC, et al.
(C.A. 15-cv-612-RGA-MPT)
TQ Delta, LLC v. Time Warner Cable Inc., et al.
(C.A. 15-cv-615-RGA-MPT)
TQ Delta, LLC v. Verizon Services Corp.
(C.A. 15-cv-616-RGA-MPT)**

Dear Judge Andrews:

Pursuant to Your Honor's instructions during the September 19, 2016 hearing, enclosed please find a revised proposed Order incorporating Your Honor's revisions.

In paragraph 3, we removed the word "licenses" between the words "produce" and "fifteen" from Your Honor's draft as it appears Your Honor intended to strike that word.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Joseph J. Farnan, III

Joseph J. Farnan, III

cc: Counsel of Record (Via-E-Filing)