IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, )<br>)<br>Plaintiff, )<br>) C.A. No. 15-611 (RGA)<br>v. )<br>)<br>COMCAST CABLE COMMUNICATIONS LLC, )<br>)<br>Defendant. ) | |
| TQ DELTA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. ) C.A. No. 15-612 (RGA)<br>)<br>COXCOM LLC and )<br>COX COMMUNICATIONS INC., )<br>)<br>Defendants. ) | |
| TQ DELTA, LLC, )<br>)<br>Plaintiff, )<br>) C.A. No. 15-613 (RGA)<br>v. )<br>)<br>DIRECTV, LLC, )<br>)<br>Defendant. ) | |
| TQ DELTA, LLC, )<br>)<br>Plaintiff, )<br>) C.A. No. 15-614 (RGA)<br>v. )<br>)<br>DISH NETWORK CORPORATION, )<br>DISH NETWORK LLC, )<br>DISH DBS CORPORATION, )<br>ECHOSTAR CORPORATION, and )<br>ECHOSTAR TECHNOLOGIES, L.L.C. )<br>)<br>Defendants. ) | |

| | |
|---|---|
| TQ DELTA, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| | ) C.A. No. 15-615 (RGA) |
|    v. | ) |
| | ) |
| TIME WARNER CABLE INC. and TIME | ) |
| WARNER CABLE ENTERPRISES LLC, | ) |
| | ) |
|         Defendants. | ) |
| TQ DELTA, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) C.A. No. 15-616 (RGA) |
|    v. | ) |
| | ) |
| VERIZON SERVICES CORP., | ) |
| | ) |
|         Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's April 30, 2019 Oral Order (D.I. 242),[1] the parties respectfully submit this joint status report concerning the status of these cases.

On December 20, 2016, the Court stayed the above-captioned cases pending the outcome of twelve *inter partes* review (IPR) proceedings involving the asserted claims of the patents-in-suit. D.I. 231. On April 17, 2018, the parties advised the Court that the Patent Trial and Appeal Board ("PTAB") issued final written decisions in all twelve IPRs, and further advised regarding the deadline for appealing those decisions. D.I. 238, Ex. A.

As shown in the attached Exhibit A, several of the IPR appeals have been consolidated before the Federal Circuit, and all but one of the appeals has been scheduled for oral argument during the week of May 6, 2019. The appeal that has not yet been scheduled for oral argument is

---

[1]    Unless otherwise noted, all docket citations are to C.A. No. 15-611.

fully briefed and the parties expect the Federal Circuit to calendar the argument in the coming months.

The parties request the Court maintain the previously-entered stays pending resolution of the appeals. Counsel is available at the Court's convenience should Your Honor have any questions.

| Dated: May 2, 2019 | Respectfully submitted, |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael J. Farnan* | /s/ *Jennifer Ying* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jying@mnat.com<br>*Attorneys for Defendants Comcast Cable Communications LLC, CoxCom LLC, Cox Communications Inc., DIRECTV, LLC, Time Warner Cable Inc., and Time Warner Cable Enterprises LLC* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
| /s/ *Rodger D. Smith II* | /s/ *Benjamin J. Schladweiler* |
| Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendants Dish Network Corporation, Dish Network LLC, Dish DBS Corporation, Echostar Corporation and Echostar Technologies, L.L.C.* | Benjamin J. Schladweiler (#4601)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7352<br>schladweilerb@gtlaw.com<br>*Attorneys for Defendant Verizon Services Corp.* |